# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer N. Phillips,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 25-CV-0952-BEN-KSC<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's Application to Proceed *In Forma Pauperis* ("IFP Application") is before the Court Doc. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (quotations omitted).  A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948).  An affidavit is sufficient if it shows that the applicant cannot pay the fee, "and still be able to provide himself or herself and dependents with the necessities of life." *Id.* (quotations omitted).

Here, Plaintiff's IFP Application states she has about $5,088.45 per month in income, and about $2,717.22 per month in expenses Doc. No. 2. Plaintiff expects no change

1  to her income in the next twelve months. *Id.* She states only that it "would cause a financial
2  hardship" to pay the filing fee without providing any explanation of how or why that might
3  be the case. *Id.* The Court cannot conclude, based on this information, that plaintiff is
4  unable to afford the necessities of life after making a one-time case filing payment.
5  Accordingly, the IFP Application is **DENIED**.

**IT IS SO ORDERED.**

DATED:    June 2, 2025

**HON. ROGER T. BENITEZ**
United States District Judge