UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER P., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Acting Commissioner of Social Security, <br><br> Defendants. | Case No.:  25-cv-952-BJC-KSC <br><br> **ORDER REFERRING CASE TO THE MAGISTRATE JUDGE FOR A REPORT & RECOMMENDATION PURSUANT GENERAL ORDER NO. 707 & 28 U.S.C. § 636(b)(1)(B)** |

On April 21, 2025, Plaintiff Jennifer N. Phillips ("Plaintiff") filed a complaint seeking review of the denial of her claim for social security disability insurance benefits under the Social Security Act.  Pursuant to General Order No. 707 and 28 U.S.C. § 686(b)(1)(B), this matter is **REFERRED** to United States Magistrate Judge Karen S. Crawford for a Report & Recommendation.  *See also* Civ.L.R. 72.1(c)(1)(c).

**IT IS SO ORDERED.**

Dated:  March 3, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1