UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JENNIFER N. P.,

        Plaintiff,

   vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 3:25-cv-0952-BJC-KSC

**ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

**[DKT. NO. 15]**

Plaintiff has filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("Motion"). Dkt. No. 19. "The Commissioner has given substantive consideration to the merits of plaintiff's request" and does not oppose the Motion. Dkt. No. 21. The Motion is GRANTED and plaintiff is awarded $6,454.98 in legal fees.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). If, after receiving the Court's EAJA fee Order, the Commissioner

determines plaintiff has assigned the right to EAJA fees to counsel and plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees may be made payable to plaintiff's counsel, Eddy Pierre Pierre, by either electronic funds transfer or check. If plaintiff owes a debt under the Treasury Offset Program, any remaining EAJA fees after offset will be made by check payable to Plaintiff.

Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Eddy Pierre Pierre, including her firm, Pierre Pierre Law, P.C, may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Eddy Pierre Pierre or Pierre Pierre Law, P.C. to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

IT IS SO ORDERED.

Dated:  March 4, 2026

Hon. Karen S. Crawford
United States Magistrate Judge

ORDER                                Page 2                      25-cv-0952-BJC-KSC